# ELECTRONIC RECORD

1107-15
1108-15

COA # 10-14-00140-CR

OFFENSE: Poss With Intent to Deliver a Controlled Substance

STYLE: James Kenneth Keels, Jr. v. The State of Texas

COUNTY: Navarro

TRIAL COURT: County Court at Law

TRIAL COURT #: C-34828-CR

TRIAL COURT JUDGE: Hon. Amanda Doan Putman

DISPOSITION: AFFIRMED

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

DATE: July 30, 2015

JUSTICE: Davis          PC _____ S  YES

PUBLISH: _____     DNP: YES

CLK RECORD: 6/27/2014

RPT RECORD: 9/5/2014

STATE BR: 2/2/2015

APP BR: 12/16/2014

SUPP CLK RECORD: _____

SUPP RPT RECORD: _____

SUPP BR: _____

PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

1107-15

1108-15

## ELECTRONIC RECORD

CCA # _____

----------------------

**PRO SE** _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 11/18/2015

JUDGE: _____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____